IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**TAMARA DINKEL,**

      Plaintiff,

v.

           Case No.: 25-cv-819

**MADISON AREA TECHNICAL COLLEGE,
MADISON AREA TECHNICAL COLLEGE
DISTRICT BOARD OF TRUSTEES,
ANGELA WHITE,** individually and in her official capacity,
**JESSICA CIOCI,** individually and in her official capacity,
**LARA BAEHR,** individually and in her official capacity,
and **ROSE BUSCHHAUS,** individually and in her official capacity,

      Defendants.

---

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

---

Please take notice that Attorney Colin B. Good of the law firm Hawks Quindel, S.C. hereby enters an appearance on behalf of Plaintiff, Tamara Dinkel, in the above-captioned matter. Attorney Good appears in place of Attorney Nicholas E. Fairweather. Please update your records to reflect this change and provide all documents regarding the above matter to Attorney Good and Attorney Chick from this date forward.

Dated this 13th day of January, 2026.

<div style="margin-left: 2em;">

**HAWKS QUINDEL, S.C.**
*Attorneys for Plaintiff, Tamara Dinkel*


By:    */s Colin B. Good*
Colin B. Good, State Bar No.: 1061355
Email: cgood@hq-law.com
John M. Chick, State Bar No.: 1126590
Email: jchick@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

</div>

2